United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12913-elf
Jeannette Dancy                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP                Page 1 of 1                Date Rcvd: Dec 13, 2017
                               Form ID: pdf900            Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db            +Jeannette Dancy,    611 Rosalie Street,    Philadelphia, PA 19120-1223
13907428      +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                Philadelphia, PA 19106-1538
13907431      +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13907432       Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:36     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 01:38:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2017 01:38:25     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13989407      +E-mail/Text: g20956@att.com Dec 14 2017 01:38:48     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
13907426      +E-mail/Text: EBNProcessing@afni.com Dec 14 2017 01:38:20     Afni,    Po Box 3427,
                Bloomington, IL 61702-3427
13994707       E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:36     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13907427      +E-mail/Text: bknotice@erccollections.com Dec 14 2017 01:38:19     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13988873       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2017 01:39:45
                LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                Greenville, SC 29603-0675
13907430      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2017 01:37:51     PECO,
                2301 Market Street,    Philadelphia, PA 19103-1380
13907429      +E-mail/Text: blegal@phfa.org Dec 14 2017 01:38:18     Pa Housing Finance Age,    Po Box 8029,
                Harrisburg, PA 17105-8029
13993034      +E-mail/Text: blegal@phfa.org Dec 14 2017 01:38:18
                U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, et al.,    C/O Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Jeannette  Dancy dmo160west@gmail.com,
               davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEANNETTE DANCY | Chapter 13 |
| Debtor | Bankruptcy No. 17-12913-ELF |

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 13, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
JEANNETTE DANCY

611 Rosalie Street

Philadelphia, PA 19120